196 F.2d 222
 Leland Ray SMITH,
v.
UNITED STATES of America.
 No. 4433.
 United States Court of Appeals Tenth Circuit.
 April 22, 1952.
 
 Horold D. Torgan, Denver, Colo., and Milton V. Backman, Salt Lake City, Utah, for appellant.
 Charles S. Vigil. U.S. Atty., and Henry E. Lutz, Asst. U.S. Atty., Denver, Colo., for appellee.
 Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed April 22, 1952, per stipulation. D.C., 101 F.Supp. 87.